Henry V. Gottlieb v. Interborough Rapid Transit Co.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Thekla F. Hofmann v. Louis B. F. Hofmann.— Motion for leave to appeal granted and question certified. Motion for stay granted. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Jennie Alterman v. Home Insurance Company.— Motion granted. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Zengendal Realty Company v. James W. Sims.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Bush, Beach & Gent, Inc., v. Charles A. Gustafson and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Mabel I. Bradford v. Black and White Cab Company.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Thomas Hogan, an Infant, v. Birns Express, Inc.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Joseph L. Prager v. New Jersey Fidelity and Plate Glass Insurance Company of Newark, New Jersey.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Joseph L. Prager v. New Jersey Fidelity and Plate Glass Insurance Company of Newark, New Jersey.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Frances A. Casazza v. William C. Van Antwerp and Others.— Motion for stay granted. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

The Public National Bank of New York v. Mortimer H. Reiss.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of Ewald G. Menzel, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

L. Loewy & Son, Inc., Appellant, v. Fairfax Textile Mills, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.